# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MOUSSA, | ) NO. CV 18-9278-R (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| VENTURA COUNTY, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: January 8, 2019

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE